O

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 12-899-GHK |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Jorge Rangel, ) Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist/California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on inadequate bail resources, prior SR revocation

1  <u>recent criminal activity involving firearm, same</u>
2  <u>sort of conduct as underlying crime of conviction</u>
3  
4  (and)/or
5  B.  (✓)  The defendant has not met (his)/her burden of establishing by
6      clear and convincing evidence that (he)/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9      on: <u>prior SR revocation, apparent recent possession</u>
10     <u>of firearm, extensive criminal history</u>

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: 3/21/17                         /s/ Jean Rosenbluth
                                           JEAN ROSENBLUTH
18                                         U.S. MAGISTRATE JUDGE